**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 12-1831

———————

RONNIE WAYNE CRADDOCK; SHERRIE DENISE HAWKINS,

              Plaintiffs - Appellants,

        v.

BEAUFORT COUNTY SHERIFFS DEPARTMENT; BEAUFORT COUNTY
SHERIFFS OFFICE; SHERIFF ALAN JORDAN; DEPUTY SHERIFF JEREMY
WALLACE; DEPUTY SHERIFF CHARLES ROSE; DEPUTY SHERIFF NINA
SHOAF; DEPUTY SHERIFF JAMES STALLINGS; DEPUTY SHERIFF KEITH
OWENS; DEPUTY SHERIFF C. R. SMITH,

              Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville.  James C. Dever, III,
Chief District Judge.  (4:09-cv-00092-D)

———————

Submitted:  November 20, 2012        Decided:  November 26, 2012

———————

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit
Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ronnie Wayne Craddock, Sherrie Denise Hawkins, Appellants Pro
Se.  Christopher J. Geis, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC,
Winston-Salem, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Wayne Craddock and Sherrie Denise Hawkins appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Craddock v. Beaufort Cnty. Sheriffs Dep't, No. 4:09-cv-00092-D (E.D.N.C. Sept. 26, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED